450 A.2d 207

Commonwealth v. Gorni, Appellant.

Submitted January 7, 1982. Abraham A. Hobson, for appellant; Joseph A. Smyth, District Attorney, for Commonwealth, appellee.

Before SPAETH, CAVANAUGH and MONTEMURO, JJ.

Judgment of sentence affirmed.